# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Case Number: 7:12-CR-00021 (HL) |
| **TYRONE THOMPSON, et al,** | : | |
| Defendants. | : | |

## ORDER

The trial of this case, presently scheduled to begin July 30, 2012 in Valdosta, is hereby continued until October, 2012. The Pre-Trial Conference, presently scheduled for July 16, 2012, is also continued. The Court continues this case based on a joint request by all counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 25th day of June, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**