**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal Action No. 7:12-cr-21 (HL) |
| **TYRONE THOMPSON, ARITHA CURRIE, JULIUS THOMPSON, and TRONDA THOMPSON,** | |
| Defendants. | |

## ORDER

Before the Court is a Motion for Special Setting (Doc. 79) filed by the United States of America, seeking to specially set the trial of Tyrone Thompson, Aritha Currie, Julius Thompson, and Tronda Thompson. The United States contends that it will be calling several indigent witnesses and a set trial date would be more convenient for purposes of calling these witnesses.

The Court sympathizes with the Government's position, but denies the Motion for Special Setting. With several other trials set to be tried in the October term, the Court will not make an exception for this case and set it as the first trial. The Court will give the parties as much notice as possible about the start date for purposes of notifying witnesses.

**SO ORDERED**, this 11th day of October, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr